

# THE THIRTEENTH COURT OF APPEALS

## 13-18-00427-CV

Troy Tucker
v.
Raymond Bubak, Edde Management, Inc., Edde Ventures, L.P., Edde Drilling Services, LLC, and Titan Oilfield, LLC

On appeal from the
267th District Court of Victoria County, Texas
Trial Cause No. 17-04-80961-C

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be affirmed in part and reversed and rendered in part. The Court orders the judgment of the trial court AFFIRMED IN PART AND REVERSED and RENDERED IN PART. Costs of the appeal are adjudged 50% against appellant and 50% against appellees.

We further order this decision certified below for observance.

June 20, 2019